

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00347-CV

Steven **SCHAAF,**
Appellant

v.

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION** a/k/a Christus Santa Rosa
Health System and Christus Health,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19278
Honorable Laura Salinas, Judge Presiding

## O R D E R

On October 6, 2021, appellant filed a motion to dismiss this appeal, stating he no longer wished to prosecute the appeal. We dismissed the appeal pursuant to the motion to dismiss. On October 26, 2021, appellant filed a "Motion to Withdraw Motion to Dismiss and Request to Reinstate." Because we have already issued an opinion and judgment in this case, we will treat this as a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court hereby requests a response to the motion from the appellee. *See id.* R. 49.2. Any response must be filed in this court no later than ten days from the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court